**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:   KARIM DAVID SABREE | Case No: 10-58050 |
| SHARON ANNETTE SABREE | |
| 4070 MEADOWLEIGH WAY | Chapter 13 |
| COLUMBUS, OH  43230 | |
| | Judge: CHARLES M. CALDWELL |

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The above case having been COMPLETED on March 23, 2015. the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and the disbursements since the issuance of the Certification of Final Payment and Case History.

Interim Bankruptcy Rule 1007(b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management prepared as prescribed by the appropriated official form.  The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan of the filing of a motion of a discharge.

Within twenty-one (21) days of the filing of this Chapter 13 Trustee's Certification of the Final Payment and Case History, debtors shall file with the Court the Debtor(s)' Certification Regarding Issuance of Discharge Order.  The form can be viewed on the Trustee's website at www.13network.com.

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE:   KARIM DAVID SABREE                                  Case No: 10-58050
         SHARON ANNETTE SABREE
         4070 MEADOWLEIGH WAY                                Chapter 13
         COLUMBUS, OH  43230

                                                             Judge: CHARLES M. CALDWELL

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
## AND CASE HISTORY

The Case was commenced on July 06, 2010.
The plan was confirmed on October 12, 2010.
The Case was concluded on March 23, 2015.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.

THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:        57,774.81

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 24.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| 1st American Credit 00005 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Abn Amro Mortgage Grou 00006 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Aspire 00007 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO 00049 Priority | 3,502.74 | 3,502.74 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO 00050 Unsecured | 776.07 | 776.07 | 0.00 | 0.00 |
| Ccrservices 00008 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| CHASE AUTO FINANCE 00001 Secured-506 | 9,032.93 | 9,032.93 | 359.92 | 0.00 |
| City Nationall Bank 00009 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP 00003 Secured | 0.00 | 0.00 | 0.00 | 0.00 |

| NAME OF CREDTIOR/<br>CLAIM NUMBER | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | INTEREST | BALANCE<br>DUE |
|---|---:|---:|---:|---:|
| CREDIT ONE BANK<br>00010    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Crs/ Collection Agency<br>00011    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| ECMC<br>00017    Unsecured | Paid outside | 0.00 | 0.00 | 0.00 |
| ECMC<br>00018    Unsecured | Paid outside | 0.00 | 0.00 | 0.00 |
| Emergency Services Inc.<br>00012    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Fncc<br>00015    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Guardian Finance<br>00019    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Homeq<br>00020    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE<br>00047    Unsecured | 4,601.64 | 4,601.64 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE<br>00004    Priority | 19,051.48 | 19,051.48 | 0.00 | 0.00 |
| KARIM DAVID SABREE<br>00000    Debtor Refund | 1,068.57 | 1,068.57 | 0.00 | 0.00 |
| KARIM DAVID SABREE<br>00000    Debtor Refund | 0.00 | 396.92 | 0.00 | 0.00 |
| Lazarus/macy's<br>00022    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Leland Scott & Associates<br>00023    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>00024    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>00025    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Meade & Associates<br>00026    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| MEADE & ASSOCIATES<br>00046    Unsecured | 64.82 | 64.82 | 0.00 | 0.00 |
| MERRICK BANK<br>00027    Unsecured | 250.61 | 250.61 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT<br>00028    Unsecured | 210.54 | 210.54 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT<br>00029    Unsecured | 210.06 | 210.06 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT<br>00030    Unsecured | 98.37 | 98.37 | 0.00 | 0.00 |
| Nco Fin /02<br>00031    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Nco Fin/09<br>00032    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Nco Financial Systems<br>00033    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Nco Financial Systems<br>00034    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |

| NAME OF CREDTIOR/ CLAIM NUMBER | | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| Nco/inovision-medclr 00035 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Nco/inovision-medclr 00036 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Physicians Credit Bureau 00037 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER 00014 | Unsecured | 110.64 | 110.64 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES 00016 | Unsecured | 188.89 | 188.89 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES 00021 | Unsecured | 155.11 | 155.11 | 0.00 | 0.00 |
| Salute 00038 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA 00039 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA 00002 | Secured-506 | 10,000.00 | 10,000.00 | 364.72 | 0.00 |
| SANTANDER CONSUMER USA 10002 | Unsecured | 2,382.59 | 2,382.59 | 0.00 | 0.00 |
| SHARON ANNETTE SABREE 00000 | Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| SPRINT NEXTEL DISTRIBUTION 00013 | Unsecured | 323.57 | 323.57 | 0.00 | 0.00 |
| Thomas M Fesenmyer 00048 | Additional Attorney Fees | 400.00 | 400.00 | 0.00 | 0.00 |
| TIME WARNER CABLE 00045 | Unsecured | 111.19 | 111.19 | 0.00 | 0.00 |
| Tranex Credit Corporation 00040 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Tribute 00041 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION 00042 | Unsecured | Paid outside | 0.00 | 0.00 | 0.00 |
| Wells Fargo Auto Finance 00043 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Wfnnb/madisons Of Columbus 00044 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Previously refunded during pendency of case | | 1,465.49 | 1,465.49 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 19,432.93 | 22,554.22 | 39,517.11 | 0.00 | 1,465.49 | 82,969.75 |
| PRIN PAID | 19,432.93 | 22,554.22 | 9,484.10 | 0.00 | 1,465.49 | 52,936.74 |
| INT PAID | 724.64 | 0.00 | 0.00 | 0.00 | | 724.64 |
| | | | | | TOTAL PAID: | 53,661.38 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| Thomas M Fesenmyer | 3,040.00 | 3,040.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 2,492.39 | 0.00 | 46.53 | 2,538.92 |

Dated: 04/03/2015

/s/ Frank M. Pees  
FRANK M. PEES TRUSTEE  
130 E WILSON BRIDGE RD #200  
WORTHINGTON, OH  43085-6300  
(614)436-6700

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE:  KARIM DAVID SABREE                                   Case No: 10-58050
        SHARON ANNETTE SABREE
        4070 MEADOWLEIGH WAY                          Chapter 13
        COLUMBUS, OH  43230

                                                Judge: CHARLES M. CALDWELL

**CERTIFICATION AND OPPORTUNITY TO OBJECT**

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Frank M. Pees, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

                                                /s/ Frank M. Pees
                                                FRANK M. PEES TRUSTEE
                                                130 E WILSON BRIDGE RD #200
                                                WORTHINGTON, OH  43085-6300
                                                (614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  KARIM DAVID SABREE                                Case No: 10-58050
        SHARON ANNETTE SABREE
        4070 MEADOWLEIGH WAY                          Chapter 13
        COLUMBUS, OH  43230

                                                                                                                 Judge: CHARLES M. CALDWELL

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 03, 2015, a copy of the foregoing Certification of Final Payment and Case History was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst. U.S. Trustee
Frank M. Pees
Thomas M Fesenmyer

and on the following by **ordinary U.S. Mail** addressed to:

KARIM DAVID SABREE
SHARON ANNETTE SABREE
4070 MEADOWLEIGH WAY
COLUMBUS, OH  43230

**See Creditor Matrix**
**All Creditors and Parties in Interest**

Credit Acceptance Corporation
,   000000000

Educational Credit Management Corporation
PO Box 75906
St Paul, MN  551750000

JPMorgan Chase Bank, NA
,   000000000

Ohio Department of Taxation
,   000000000

1st American Credit
P.O. Box 334
Reynoldsburg, OH  430680000

Abn Amro Mortgage Grou
2600 West Big Beaver Road
Troy, MI  480840000

Aspire
Po Box 105555
Atlanta, GA  303480000

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH  432150000

Ccrservices
P O Box 32299
Columbus, OH  432320000

Chase
201 N. Central Ave Floor 11
Phoenix, AZ  850040000

Chase Auto Finance
PO Box 901032
Fort Worth, TX  761012032

Citi Auto
2208 Hwy 121
Bedford, TX  760210000

CitiFinancial Auto Credit, Inc.
P.O. Box 9578
Coppell, TX  750199578

City Nationall Bank
Attn: Bankruptcy
Po Box 785057
Orlando, FL  328780000

Credit Acceptance
25505 W 12 Mile Rd Ste 3000
Southfield, MI  480340000

Credit Acceptance
Attn: Bankruptcy
Po Box 551888
Detroit, MI  482550000

Credit One Bank
Po Box 98872
Las Vegas, NV  891930000

Crs/ Collection Agency
1550 Old Henderson Rd  Suite 100
Columbus, OH  432200000

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA  191017346

DirecTV
P.O. Box 6550
Greenwood Village, CO  801556550

Educational Credit Management Corp.
P O BOX 75906
ST. PAUL, MN  551750000

Emergency Services Inc.
P.O. Box 1028
Melrose, MA  021760000

Eos Cca
700 Longwater Dr
Norwell, MA  020610000

Er Solutions
Po Box 9004
Renton, WA  980570000

FFPM Carmel Holding I, LLC
assignee of HSBC
2800 N. 44th St. , Ste. 310
Phoenix, AZ  850080000

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD  571040000

Fncc
Attn: Bankruptcy
Po Box 5097
Sioux Falls, SD  571170000

GE Capital/JCPenney
P.O. Box 981400
El Paso, TX  799980000

Gemb/jcp
Attention:  Bankruptcy
Po Box 103104
Roswell, GA  300760000

Glelsi/star Bk Trustee
2401 International Ln
Madison, WI  537040000

Great Lakes Higher Education Corp
Attn Claims Filing Unit
P O Box 8973
Madison, WI  537088973

Guardian Finance
2479 Hilliard Rome Rd.
Hilliard, OH  430260000

Homeq
Attn: Bankruptcy Department
1100 Corporate Center
Raleigh, NC  276070000

Hsbc Bank
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL  601970000

Hsbc Bank
Attn: Bankruptcy
Po Box 5253
Carol Stream, IL  601970000

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC  296030587

Lazarus/macy's
Attention: Bankruptcy
Po Box 8118
Mason, OH  450400000

Leland Scott & Associates
Po Box 153100
Arlington, TX  760150000

Lvnv Funding Llc
Po Box 740281
Houston, TX  772740000

Meade & Associates
Attn: Bankruptcy
737 Enterprise Dr
Westerville, OH  430810000

Merrick Bank
c/o Resurgent Capital Services
PO Box 10368
Greenville, SC  296030368

Merrick Bk
Po Box 23356
Pittsburg, PA  152220000

Midland Credit Management
Po Box 939019
San Diego, CA  921930000

Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA  921230000

Mount Carmel Health System
Attn:  Patient Financial Services
5955 E. Broad St.
Columbus, OH  432131559

Nco Fin /02
507 Prudential Rd
Horsham, PA  190440000

Nco Fin/09
507 Prudential Rd
Horsham, PA  190440000

Nco Financial Systems
507 Prudential Rd
Horsham, PA  190440000

Nco/inovision-medclr
Attn: Bankruptcy
507 Prudential Rd
Horsham, PA  190440000

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH  432160000

Orchard Bank/HSBC
P.O. Box 80084
Salinas, CA  939120084

Physicians Credit Bureau
3592 Corporate Dr Ste 10
Columbus, OH  432310000

Premier BankCard/Charter
P.O. Box 2208
Vacaville, CA  956960000

Reimer, Lorber & Arnovitz Co
Attorney Peter Mehler
2450 Edison Blvd., P.O. Box 968
Twinsburg, OH  440870000

Salute
Pob 105555
Atlanta, GA  303480000

Salute Visa
P.O. Box 105374
Atlanta, GA  303485374

Santander Consumer Usa
8585 N Stemmons Fwy Ste
Dallas, TX  752470000

Sprint
P.O. Box 740602
Cincinnati, OH  452740602

Sprint Nextel  Correspondence
Attn Bankruptcy Dept
PO Box 7949
Overland Park, KS  662070949

Sprint Nextel Distribution
Attn: Bankruptcy Dept
P.O. Box 3326
Englewood, CO  801553326

Sprint PCS
P.O. Box 1954
Southgate, MI  481950954

Thomas & Thomas
2323 Park Ave.
Cincinnati, OH  452060000

Time Warner Cable
1015 Olentangy River Rd.
Columbus, OH  432120000

Time Warner Cable
11252 Cornell Park Dr
Cincinnati, OH  452420000

Tranex Credit Corporation
7602 Woodland Dr.
Indianapolis, IN  462780000

Tribute
Pob 105555
Atlanta, GA  303480000

Tribute/FBOFD
6 Concourse Pkwy NE
Floor 2
Atlanta, GA  303280000

Us Dept Of Education
Attn: Borrowers Service Dept
Po Box 5609
Greenville, TX  754030000

Victory Fitness
P.O. Box 9004
Renton, WA  980570000

Wells Fargo Auto Finance
13675 Technology Dr.  Building C
Eden Prairie, MN  553440000

Wfnnb/madisons Of Columbus
4590 E Broad St
Columbus, OH  432130000

Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH  430850000

Karim David Sabree
4070 Meadowleigh Way
Columbus, OH  432300000

Sharon Annette Sabree
4070 Meadowleigh Way
Columbus, OH  432300000

Thomas M Fesenmyer
Fesenmyer Law Offices, LLC
120 West Second Street, Suite 1212
Dayton, OH  454020000